# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| UNITED FIXTURES COMPANY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 6:08-cv-506-ORL-28 GJK |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| BASE MANUFACTURING, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR PATENT INFRINGEMENT SEEKING INJUNCTIVE RELIEF AND DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff United Fixtures Company, Inc. ("UFI") hereby files its Complaint for Patent Infringement and demand for jury trial against Defendant Base Manufacturing ("Base"). UFC seeks damages, injunctive and other relief for Base's willful infringement of U.S. Patent No. 5,875,905.

### NATURE OF THE ACTION

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

### JURISDICTION AND VENUE

2. This Court has exclusive subject matter jurisdiction over the subject matter of this complaint pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Base.

4. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. §§ 1391 and 1400(b).

## THE PARTIES

5. Plaintiff United Fixtures Company, Inc. is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at South Bend, Indiana.

6. Upon information and belief, Defendant Base Manufacturing is a corporation organized and existing under the laws of Georgia, having its principal place of business at Monroe, Georgia.

## THE PATENT IN SUIT

7. On March 2, 1999, United States Patent No. 5,875,905 entitled "Tapered Cantilevered Support Arm for Storage Rack Systems (the "905 patent") was duly and lawfully issued to UFI as assignee of the inventor. UFI is the owner of the 905 patent, including the right to sue and recover for past, present and future infringement thereof. A true copy of the 905 patent is attached as Exhibit A.

## COUNT I

8. The averments of paragraphs 1 through 7 of this complaint are incorporated by reference as though fully set forth herein.

9. Base has infringed and continues to infringe, has induced and continues to induce others to infringe, and has committed and continues to commit acts of contributory infringement of one or more claims of the 905 patent in this district and elsewhere by making, using, selling, offering to sell and/or importing support arms that are covered by one or more claims of the 905 patent.

10. Base's acts of infringement are willful and deliberate.

11. Base has caused and will continue to cause UFI substantial damage and irreparable injury by virtue of its past and continuing infringement of the 905 patent. UFI will suffer further damage and irreparable injury unless and until Base is enjoined by this Court from continuing such infringement.

12. This case is exceptional pursuant to 35 U.S.C. § 285.

## PRAYER FOR JUDGMENT

WHEREFORE, UFI prays for judgment:

1. Entering a preliminary and permanent injunction enjoining Base, its officers, agents, servants, employees and those persons in active concert or participation with any of them, from making, using, offering for sale, selling or importing any product that infringes the 905 patent;

2. Awarding damages for Base's infringement of the 905 patent;

3. Increasing damages, up to three times the amount found, due to Base's willful infringement;

4. Awarding pre- and post-judgment interest on the damages assessed;

5. Declaring this case exceptional pursuant to 35 U.S.C. § 285 and awarding UFI its reasonable attorneys fees and costs of suit; and

6. Awarding to UFI such further necessary or proper relief as the Court deems just.

## DEMAND FOR JURY TRIAL

UFI requests a trial by jury.

Date: April 4, 2008

                              Respectfully Submitted,

                              */s/ Christine A. Irwin*

                              Christine A. Irwin, Esq.
                              Florida Bar No. 14404
                              HOLLAND & KNIGHT LLP
                              200 South Orange Avenue, Ste. 2600
                              Post Office Box 1526 (32802-1526)
                              Orlando, FL 32801
                              Phone: (407) 425-8500
                              Fax: (407) 244-5288
                              *Trial Counsel for Plaintiff,*
                              *United Fixtures Company, Inc.*


                              Robert A. Chapman, Esq.
                              Peter M. Spingola, Esq.
                              Michael G. Fatall, Esq.
                              CHAPMAN & SPINGOLA, LLP
                              77 West Wacker Drive, Suite 4800
                              Chicago, Illinois 60601
                              Phone: (312) 630-9202
                              Fax: (312) 630-9233
                              *Of Counsel for Plaintiff,*
                              *United Fixtures Company, Inc.*

# 5246887_v1