UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED FIXTURES COMPANY, INC.,

          Plaintiff,

-vs-                                      Case No. 6:08-cv-506-Orl-28GJK

BASE MANUFACTURING,

          Defendant.
_____

# ORDER

This case is before the Court on Plaintiff's Combined Motion to Strike and Dismiss (Doc. No. 43) filed June 23, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the objections to the Report and Recommendation filed by both parties (Doc. Nos. 59, 60), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 12, 2008 (Doc. No. 58) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Combined Motion to Strike and Dismiss is **GRANTED.**

    3    Defendant's first, eleventh, and twelfth Affirmative Defenses should be stricken because the matters pled do not constitute affirmative defenses.

    4.    Defendant's third, fifth, sixth, and ninth Affirmative Defenses should be stricken because they are conclusory allegations.

5. Counts III and IV of Defendant's Counterclaim are dismissed for failure to put Plaintiff on notice regarding the factual basis for the legal theories asserted.

6. Defendant may, within ten (10) days from the date of this Order, amend its Answer, Affirmative Defenses, and Counterclaim.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 8th day of October, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party